IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR NO. 3:06cr131-MHT |
| v. | ) |
| | ) [17 USC 506(a)(1); |
| WILLIE C. WEAVER, JR. | ) 18 USC 2319(a)&(b)(1)] |
| | ) |
| | ) INFORMATION |

The United States Attorney charges:

## COUNT 1

That on or about October 15, 2005, within the Middle District of Alabama,

WILLIE C. WEAVER, JR.,

defendant herein, did willfully and for purposes of commercial advantage and private financial gain, infringe the copyrights of various sound recordings or phonorecords, to-wit: compact disks containing unauthorized digital recordings of various musical artists, in that WILLIE C. WEAVER, Jr., did reproduce or distribute approximately three hundred or more copies of various recordings or phonorecords with a total retail value of $2,500.00 or more, in a one hundred eighty (180) day period, without the authorization of the copyright holder, in violation of Title 17, United States Code, Sections 506(a)(1) and Title 18 United States Code, Section 2319(a) & (b)(1).

LEURA G. CANARY
UNITED STATES ATTORNEY

Verne H. Speirs
Assistant United States Attorney