IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.: 3:06CR131-MHT |
| | ) | |
| WILLIE C. WEAVER, JR., | ) | |
| | ) | |
| Defendant, | ) | |

APPEARANCE OF COUNSEL

Comes now Kenneth L. Funderburk, of the law firm of Funderburk, Day and Lane and hereby makes an appearance as attorney of record for the Defendant herein.

This 17th day of May, 2006.

                                            FUNDERBURK, DAY & LANE

                        BY:   s/Kenneth L. Funderburk
                              Counsel for Defendant
                              Post Office Box 1268
                              Phenix City, Alabama 36868-1268
                              (334)-297-2900
                              ASB-8636-D61K

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on May 17, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the other counsel of record.

              s/Kenneth L. Funderburk
              Counsel for Defendant