IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | 3:06cr131-MHT |
| WILLIE WEAVER, JR. ) | |

## ORDER

For good cause, it is

ORDERED that the consent docket set for 14 June 2006 is hereby rescheduled to 19 June 2006 at 9:00 a.m.  Therefore, the defendant, WILLIE WEAVER, JR., shall appear with counsel before the undersigned Magistrate Judge in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, to enter a consent plea.

The Clerk is directed to provide a court reporter for this proceeding.  If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

DONE this 25th day of May 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE