MIDDLE DISTRICT OF ALABAMA        COURT REPORTER: Mitchell Reisner

❏ ARRAIGNMENT     ❏ CHANGE OF PLEA     x CONSENT PLEA

❏ RULE 44(c) HEARING     ❏ SENTENCING

**PRESIDING MAG. JUDGE:** *Vanzetta Penn McPherson*     **DEPUTY CLERK:** *WANDA ROBINSON*
**CASE NUMBER:** *3:06cr131-WKW*     **DEFENDANT NAME:** *Willie C. Weaver, Jr.*
**AUSA:** *Andrew Schiff*     **DEFENDANT ATTY:** *Kenneth Leroy Funderburk*

Type Counsel:     ( ) Waived; ( ) Retained; ( ) Panel CJA; (X) CDO

**USPO:**     Dwayne Spurlock

**Defendant** _____ does     __x__ does NOT need and interpreter.

**Interpreter present?** __x__ NO     _____ YES     Name: _____

X — This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

X — WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**     ❏ Not Guilty     ❏ Nol Contendere

❏ Not Guilty by reason of insanity

x Guilty as to:

    X Count(s) _____1_____     of the Felony Information.

    ❏ Count(s) _____     ❏ dismissed on oral motion of USA;

        ❏ to be dismissed at sentencing

x — **ORAL ORDER ADJUDICATING GUILT as to COUNT 1**

— Written plea agreement filed.  ❏ **OPEN/ORAL** Plea Agreement.  ❏ **ORDERED SEALED.**  X No Plea Agreement entered

— _____ Days to file pretrial motions.     ❏ _____ Trial date or term.

x — **ORDER:** Defendant Continued under ❏ same bond ; x Released on Bond & Conditions of Release

    ❏ summons; for:

❏ Trial on _____ ; x Sentencing   x to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

    ❏ Posting a $_____ Bond;

    ❏ Trial on _____ ; or ❏ Sentencing on _____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.