AO 455 (Rev. 5/85)   Waiver of Indictment

# United States District Court

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

v.

WILLIE WEAVER, JR.

**WAIVER OF INDICTMENT**

Case Number: 3:06cr131-MHT

I, WILLIE WEAVER, JR., the above named defendant, who is accused of violations of Title 17, United States Code, Section 506(a)(1) and Title 18, United States Code, Section 2319(a) & (b)(1), being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __6/19/06__ prosecution by
DATE
indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer