# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE         AT MONTGOMERY   ALABAMA

DATE COMMENCED   September 27, 2006         AT 2:33 A.M./P.M.

DATE COMPLETED   September 27, 2006         AT 3:03 A.M./P.M.

UNITED STATES OF AMERICA                    Criminal Action
                                            3:06cr131-MHT
        VS.

WILLIE C. WEAVER, JR.

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Verne Speirs | X | Atty Kenneth L. Funderburk |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Tashwanda Pinchback, Law Clerk | Mitchell Reisner, Court Reporter |
|---|---|---|

PROCEEDINGS:

( )   NONJURY TRIAL
(x)   OTHER PROCEEDING:        SENTENCING HEARING

| | |
|---|---|
| 2:33 p.m. | Sentencing hearing commenced. No plea agreement. No objections to presentence report. Court directs probation to draft sentence and statement of reasons to include one month of weekend imprisonment (4 weekends) and eight months home confinement. |
| 2:47 p.m. | Recess. |
| 2:57 p.m. | Sentencing hearing continues. Sentence imposed. |
| 3:03 p.m. | Hearing concluded. |